## PRISONERS DATABASE



[MAIN PAGE](#)

### All Records for Badar Khan Suri

| RecordID | PrisonerID | Name | AKA | File Date | Judge | RecDate | Office | Year | CV | Num | Action | Disposition | Three Strikes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35544 | 99999 | Badar Khan Suri | | 2025-03-19 | Giles | 2025-03-19 | 1 | 25 | cv | 480 | 28:2241 | | |
| TOTAL RECORDS:1 | | | | | | | | | | | | | |