## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

BADAR KHAN SURI,

      *Petitioner*,

    v.

DONALD TRUMP, *et al.*,

      *Respondents*.

Case No. 1:25-cv-480 (PTG/WBP)

## ORDER

This matter comes before the Court on Petitioner Badar Khan Suri's Petition for Writ of Habeas Corpus (Dkt. 1), which was filed on March 18, 2025. Dkt. 1. According to the Petition, on March 17, 2025, the Department of Homeland Security arrested and charged Petitioner with removability, pursuant to 8 U.S.C. § 1227(a)(4)(C). *Id.* At the time of filing, Petitioner alleged that he was presently being detained at the Farmville Detention Center in Farmville, Virginia. *Id.*

Pursuant to the Court's authority to preserve its jurisdiction under the All Writs Act, pending a ruling on the Petition, it is hereby

**ORDERED** that Petitioner shall not be removed from the United States unless and until the Court issues a contrary order. 28 U.S.C. § 1651; *F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 603 (1966) ("The All Writs Act, 28 U.S.C. § 1651(a), empowers the federal courts to 'issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law.'").

Entered this 20th day of March, 2025
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge