IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BADAR KHAN SURI | ) |
| | ) |
| *Petitioner*, | ) |
| | ) |
| v. | ) |
| | ) Civ. Action No. 1:25-cv-480 (PTG/WBP) |
| | ) |
| DONALD TRUMP, *et al.*, | ) |
| | ) |
| *Respondents*. | ) |

## ORDER

This matter is before the Court on Petitioner's Motion to appear *pro hac vice* (Dkt. 13). Since Petitioner's counsel has indicated that Petitioner's counsel is both a full-time employee of the United States of America and employed by a private organization, it appears that the form has been completed incorrectly. Accordingly, it is hereby

**ORDERED** that Petitioner's Motion to appear *pro hac vice* (Dkt. 13) is **DENIED** without prejudice to allow Petitioner's counsel time to submit a completed form.

Entered this 24th day of March, 2025
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge