IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BADAR KHAN SURI, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-480 (PTG/WBP) |
| ) | |
| DONALD TRUMP, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |

### ORDER

This matter comes before the Court on Petitioner's Motion to Compel Respondents to Return Petitioner to this District ("Motion") (Dkt. 5). It is hereby

**ORDERED** that Respondents are **DIRECTED** to file a response to Petitioner's Motion to Compel Respondents to Return Petitioner to this District (Dkt. 5) on or before the close of business on April 1, 2025.

Entered this 25th day of March, 2025
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge