## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| BADAR KHAN SURI<br><br>     *Petitioner*,<br>v.<br><br>DONALD TRUMP, *et al.,*<br><br>     *Respondents.* | Case No. 1:25-cv-480<br><br><br>**ORAL ARGUMENT<br>REQUESTED** |

## MOTION FOR RELEASE ON BOND

Petitioner Badar Khan Suri, through counsel, moves this Court for an order of immediate release pending the adjudication of his habeas petition under the Court's inherent authority to grant release on bond to a habeas petitioner who warrants immediate relief and release. In support of this motion, Petitioner submits the accompanying memorandum of law, associated exhibits, and a proposed order.

Date: March 27, 2025

Respectfully submitted,

/s/*Eden B. Heilman*
Eden B. Heilman, VSB No. 93554
Sophia Leticia Gregg, VSB No. 91582
Vishal Agraharkar, VSB No. 93265
Geri Greenspan, VSB 76786
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF VIRGINIA
P.O. Box 26464
Richmond, VA 23261
Tel: (804) 523-2152
eheilman@acluva.org
sgregg@acluva.org

vagraharkar@acluva.org
ggreenspan@acluva.org


Hassan Ahmad (VSB #83428)
The HMA Law Firm, PLLC
6 Pidgeon Hill Dr, Suite 330
Sterling, VA 20165
T: 703.964.0245
hma@hmalegal.com


Nermeen Saba Arastu (admitted *pro hac vice*)
The Immigrant & Non-Citizen Rights Clinic
Main Street Legal Services, Inc.
CUNY School of Law
2 Court Square, 5th Floor
Long Island City, NY 11101
Tel: (202) 246-0124
Nermeen.arastu@law.cuny.edu


*Counsel for Petitioner*

2

**CERTIFICATE OF SERVICE**

I, Eden B. Heilman, hereby certify that on this date, I uploaded a copy of Petitioner's Motion for Release on Bond and any attachments using the CM/ECF system, which will cause notice to be served electronically to all parties.

Date: March 27, 2025          Respectfully submitted,

/s/*Eden B. Heilman*
Eden B. Heilman, VSB No. 93554
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF VIRGINIA
P.O. Box 26464
Richmond, VA 23261
Tel: (804) 523-2152
eheilman@acluva.org

3