IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BADAR KHAN SURI,<br><br>*Petitioner*,<br><br>v.<br><br>DONALD TRUMP, *in his official capacity as President of the United States;* RUSSELL HOTT, *in his official capacity as Field Office Director of Washington, Immigration and Customs Enforcement;* JEFFREY CRAWFORD, *in his official capacity as Warden of Farmville Detention Center;* TODD LYONS, *Acting Director, U.S. Immigration and Customs Enforcement;* KRISTI NOEM, *in her official capacity as Secretary of the United States Department of Homeland Security;* MARCO RUBIO, *in his official capacity as Secretary of State;* PAMELA BONDI, *in her official capacity as Attorney General, U.S. Department of Justice,*<br><br>*Respondents.* | Case No. 1:25-cv-480 (PTG/WBP) |

## ORDER

This matter comes before the Court on the parties' Consent Motion for Expedited Briefing and Consideration (Dkt. 22)("Consent Motion"), Petitioner's Motion to Compel Respondents to Return Petitioner to this District (Dkt. 5), and Petitioner's Motion for Release on Bond (Dkt. 20). The Court directed Respondents to file their response to Petitioner's Motion to Compel Respondents to Return Petitioner to this District on or before April 1, 2025. Dkt. 16. The parties

now request a briefing schedule on Petitioner's motions. Dkt. 22. Accordingly, having considered the Consent Motion and for good cause shown, it is hereby

**ORDERED** that the parties' Consent Motion for Expedited Briefing and Consideration (Dkt. 22) is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that Respondents file their responsive filing to Petitioner's Motion for Release on Bond (Dkt. 20) on or before the close of business on April 3, 2025; and it is further

**ORDERED** that Petitioner file his reply briefs to Respondent's filings to Petitioner's Motion for Release on Bond (Dkt. 20) and Petitioner's Motion to Compel Respondents to Return Petitioner to this District (Dkt. 5) on or before the close of business on April 8, 2025; and it is further

**ORDERED** that the Court will conduct a hearing on Petitioner's Motion for Release on Bond (Dkt. 20) and Petitioner's Motion to Compel Respondents to Return Petitioner to this District (Dkt. 5) on April 11, 2025, at 11:00 a.m.

Entered this 31st day of March, 2025
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge