**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

BADAR KHAN SURI,

        *Petitioner*,

        v.

DONALD J. TRUMP, *et al.*,

        *Respondents*.

Case No. 1:25-cv-00480 (PTG/WBP)

**FEDERAL RESPONDENTS' MOTION TO DISMISS, OR IN THE
ALTERNATIVE, TO TRANSFER VENUE**

Respondents respectfully move to dismiss the Petition (ECF #1) pursuant to Federal Rules of Civil Procedure 12(b)(2)-(3), or in the alternative, to transfer venue. The grounds for this motion are more fully set forth in the accompanying memorandum of law.

DATE: April 1, 2025

ERIK S. SIEBERT
*United States Attorney*

By: _____/s/_____
ELIZABETH SPAVINS
*Assistant U.S. Attorney*
CHRISTIAN COOPER
*Special Assistant U.S. Attorney*
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3785
Fax: (703) 299-3983
Lizzie.Spavins@usdoj.gov
Christian.Cooper@usdoj.gov

Respectfully Submitted,

YAAKOV M. ROTH
*Acting Assistant Attorney General*
Civil Division

DREW C. ENSIGN
*Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court National Security Section

YAMILETH G. DAVILA
*Assistant Director*

*/s/ David J. Byerley*
DAVID J. BYERLEY
*Trial Attorney* (DC Bar #1618599)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court National Security Section
P.O. Box 868, Benjamin Franklin Station
Washington, D.C. 20044
202-532-4523 | David.Byerley@usdoj.gov