IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BADAR KHAN SURI, ) <br> ) <br> *Petitioner*, ) <br> ) <br> v. ) <br> ) <br> DONALD TRUMP, *in his official capacity* ) <br> *as President of the United States;* RUSSELL ) <br> HOTT, *in his official capacity as Field* ) <br> *Office Director of Washington, Immigration* ) <br> *and Customs Enforcement;* JEFFREY ) <br> CRAWFORD, *in his official capacity as* ) <br> *Warden of Farmville Detention Center;* ) <br> TODD LYONS, *Acting Director, U.S.* ) <br> *Immigration and Customs Enforcement*; ) <br> KRISTI NOEM, *in her official capacity as* ) <br> *Secretary of the United States Department of* ) <br> *Homeland Security*; MARCO RUBIO, *in his* ) <br> *official capacity as Secretary of State*; ) <br> PAMELA BONDI, *in her official capacity* ) <br> *as Attorney General, U.S. Department of* ) <br> *Justice,* ) <br> ) <br> *Respondents.* ) <br> ) | Case No. 1:25-cv-480 (PTG/WBP) |

## ORDER

This matter comes before the Court on Respondents' Motion to Dismiss (Dkt. 24) and Motion to Transfer (Dkt. 25). Respondents have filed their responses to Petitioner's Motion to Compel Respondents to Return Petitioner to this District and Motion for Release on Bond. Dkts. 28, 29. In their Opposition to Petitioner's Motion to Compel Respondents to Return Petitioner to this District (Dkt. 28) and more extensively in their Motion to Dismiss (Dkt. 26), Respondents argue that this Court does not have jurisdiction to hear the Petition. In its Order, the Court directed

Petitioners to file their reply briefs on or before the close of business on April 8, 2025. Dkt. 23. Before the Court considers Petitioner's arguments regarding release or bond, the Court must address the jurisdictional issue. Accordingly, it is hereby

**ORDERED** that Petitioners are **DIRECTED** to address Respondents' jurisdictional arguments in their replies to Respondents' oppositions.

Entered this 4th day of April, 2025
Alexandria, Virginia

_____
Patricia Tolliver Giles
United States District Judge