IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BADAR KHAN SURI, )<br>)<br>*Petitioner,* )<br>)<br>v. )<br>)<br>DONALD TRUMP, *in his official capacity* )<br>*as President of the United States;* RUSSELL )<br>HOTT, *in his official capacity as Field* )<br>*Office Director of Washington, Immigration* )<br>*and Customs Enforcement;* JEFFREY )<br>CRAWFORD, *in his official capacity as* )<br>*Warden of Farmville Detention Center;* )<br>TODD LYONS, *Acting Director, U.S.* )<br>*Immigration and Customs Enforcement;* )<br>KRISTI NOEM, *in her official capacity as* )<br>*Secretary of the United States Department of* )<br>*Homeland Security;* MARCO RUBIO, *in his* )<br>*official capacity as Secretary of State;* )<br>PAMELA BONDI, *in her official capacity* )<br>*as Attorney General, U.S. Department of* )<br>*Justice,* )<br>)<br>*Respondents.* )<br>) | Case No. 1:25-cv-480 (PTG/WBP) |

## ORDER

This matter comes before the Court on Petitioner's Motion to Amend Briefing and Hearing Schedule (Dkt. 32). On March 31, 2025, the Court set a briefing schedule for Petitioner's Motion to Compel Respondents to Return Petitioner to this District (Dkt. 5) and Motion for Release on Bond (Dkt. 20). On April 1, 2025, Respondents filed a Motion to Dismiss and Motion to Transfer. Dkts. 24, 25. Respondents noticed their motions for hearing on May 1, 2025 at 10:00 a.m. On April 4, 2025, the Court directed Petitioner to address the jurisdictional arguments raised by

Respondents in their replies. Dkt. 31. Petitioner now requests more time to fully brief Respondents' Motion to Dismiss and Motion to Transfer. Dkt. 32. Accordingly, it is hereby

**ORDERED** that Petitioner's Motion to Amend Briefing and Hearing Schedule (Dkt. 32) is **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that Petitioner will respond to Respondents' Motion to Dismiss (Dkt. 24) and Motion to Transfer (Dkt. 25) on or before the close of business on April 15, 2025, and Respondents will file any reply on or before the close of business on April 21, 2025; it is further

**ORDERED** that the hearing on Petitioner's Motion to Compel Respondents to Return Petitioner to this District (Dkt. 28) and Motion for Release on Bond (Dkt. 29) currently scheduled for April 11, 2025, is **TERMINATED**; and it is further

**ORDERED** that the Court will conduct a hearing on Petitioner's Motion to Compel Respondents to Return Petitioner to this District (Dkt. 5), Petitioner's Motion for Release on Bond (Dkt. 20), Respondents' Motion to Dismiss (Dkt. 24), and Respondents' Motion to Transfer (Dkt. 25) on May 1, 2025, at **1:00 p.m.**

Entered this 7th day of April, 2025
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge