# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| BADAR KHAN SURI, )<br>)<br>*Petitioner*, )<br>)<br>v. )<br>)<br>DONALD TRUMP, *in his official capacity* )<br>*as President of the United States;* RUSSELL )<br>HOTT, *in his official capacity as Field* )<br>*Office Director of Washington, Immigration* )<br>*and Customs Enforcement;* JEFFREY )<br>CRAWFORD, *in his official capacity as* )<br>*Warden of Farmville Detention Center;* )<br>TODD LYONS, *Acting Director, U.S.* )<br>*Immigration and Customs Enforcement*; )<br>KRISTI NOEM, *in her official capacity as* )<br>*Secretary of the United States Department of* )<br>*Homeland Security*; MARCO RUBIO, *in his* )<br>*official capacity as Secretary of State*; )<br>PAMELA BONDI, *in her official capacity* )<br>*as Attorney General, U.S. Department of* )<br>*Justice,* )<br>)<br>*Respondents.* )<br>) | Case No. 1:25-cv-480 (PTG/WBP) |

## ORDER

This matter comes before the Court on Petitioner Badar Khan Suri's Motion to Compel Respondents to Return Petitioner to this District (Dkt. 5), Petitioner's Motion for Release on Bond (Dkt. 20), and Respondents' Motions to Dismiss or in the Alternative, to Transfer Venue (Dkts. 24, 25) (collectively, "Motions"). On May 1, 2025, the Court held a hearing on the Motions. Accordingly, and as stated from the bench, it is hereby

**ORDERED** that Respondents are **DIRECTED** to submit a supplemental filing addressing the questions the Court raised at the hearing no later than 5:00 p.m. on May 2, 2025; and it is further

**ORDERED** that Petitioner may file any response to the supplemental filing no later than 5:00 p.m. on May 3, 2025.

Entered this 1st day of May, 2025
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge