IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BADAR KHAN SURI, )<br>)<br>*Petitioner*, )<br>)<br>v. )<br>)<br>DONALD TRUMP, *in his official capacity* )<br>*as President of the United States;* RUSSELL )<br>HOTT, *in his official capacity as Field* )<br>*Office Director of Washington, Immigration* )<br>*and Customs Enforcement;* JEFFREY )<br>CRAWFORD, *in his official capacity as* )<br>*Warden of Farmville Detention Center;* )<br>TODD LYONS, *Acting Director, U.S.* )<br>*Immigration and Customs Enforcement;* )<br>KRISTI NOEM, *in her official capacity as* )<br>*Secretary of the United States Department of* )<br>*Homeland Security;* MARCO RUBIO, *in his* )<br>*official capacity as Secretary of State;* )<br>PAMELA BONDI, *in her official capacity* )<br>*as Attorney General, U.S. Department of* )<br>*Justice,* )<br>)<br>*Respondents.* )<br>) | Case No. 1:25-cv-480 (PTG/WBP) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Respondents' Motion to Dismiss, or in the Alternative, Motion to Transfer Venue (Dkts. 24, 25) are **DENIED**; it is further

**ORDERED** that the Court will set a hearing on Petitioner's Motion to Compel Respondents to Return Petitioner to this District (Dkt. 5) and Petitioner's Motion for Release on Bond (Dkt. 20) for May 14, 2025, at 10:00 a.m.; and it is further

**ORDERED** that the parties shall file any supplemental filings related to Petitioner's Motion to Compel Respondents to Return Petitioner to this District (Dkt. 5) and Petitioner's Motion for Release on Bond (Dkt. 20) to the extent necessary to address any additional claims in the Amended Petition and Complaint (Dkt. 34) on or before May 12, 2025, at 12:00 p.m.

Entered this 6th day of May, 2025
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge