# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| BADAR KHAN SURI,<br><br>*Petitioner,*<br><br>v.<br><br>DONALD TRUMP, *in his official capacity as President of the United States;* RUSSELL HOTT, *in his official capacity as Field Office Director of Washington, Immigration and Customs Enforcement;* JEFFREY CRAWFORD, *in his official capacity as Warden of Farmville Detention Center;* TODD LYONS, *Acting Director, U.S. Immigration and Customs Enforcement;* KRISTI NOEM, *in her official capacity as Secretary of the United States Department of Homeland Security;* MARCO RUBIO, *in his official capacity as Secretary of State;* PAMELA BONDI, *in her official capacity as Attorney General, U.S. Department of Justice,*<br><br>*Respondents.* | Case No. 1:25-cv-480 (PTG/WBP) |

## ORDER

This matter comes before the Court on Petitioner's Motion to Compel Respondents to Return Petitioner to this District (Dkt. 5) and Petitioner's Motion for Release on Bond (Dkt. 20). On May 14, 2025, the Court heard argument. For the reasons stated in open court, it is hereby

**ORDERED** that Petitioner's Motion for Release on Bond (Dkt. 20) is **GRANTED** and Petitioner's Motion to Compel Respondents to Return Petitioner to this District (Dkt. 5) is **DENIED** as moot; it is further

**ORDERED** that Petitioner Dr. Khan Suri is to be immediately released on his personal recognizance during the pendency of his habeas proceedings subject to the following conditions: (1) Petitioner will reside in Virginia; (2) Petitioner will attend all court hearings in this case in person unless excused by order of the Court; and (3) Petitioner will participate in his removal proceedings. Petitioner is **not** required to submit to any GPS monitoring; it is further

**ORDERED** that Respondents shall not attempt to re-detain Petitioner without providing 48-hours notice to the Court and Petitioner's counsel; and it is further

**ORDERED** that Respondents' request to stay this Court's decision pending appeal is **DENIED**.

Entered this 14th day of May, 2025
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge