**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

BADAR KHAN SURI,

    *Petitioner*,

  v.

DONALD J. TRUMP, *et al*.,

    *Respondents*.

Case No. 1:25-cv-00480 (PTG/WBP)

**RESPONDENTS' NOTICE OF APPEAL**

   Notice is hereby given that Donald J. Trump, et al., hereby appeal to the United States Court of Appeals for the Fourth Circuit from the orders entered in this action on the 20th day of March 2025 and the 14th day of May 2025.

1

DATE: May 15, 2025

ERIK S. SIEBERT
*United States Attorney*

By:  _____/s/_____
ELIZABETH SPAVINS
*Assistant U.S. Attorney*
CHRISTIAN COOPER
*Special Assistant U.S. Attorney*
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3785
Fax: (703) 299-3983
Lizzie.Spavins@usdoj.gov
Christian.Cooper@usdoj.gov

Respectfully Submitted,

YAAKOV M. ROTH
*Acting Assistant Attorney General*
Civil Division

DREW C. ENSIGN
*Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court National Security Section

YAMILETH G. DAVILA
*Assistant Director*

BRANDON D. ZELLER
TOM SCOTT-SHARONI
*Trial Attorneys*

*/s/ David J. Byerley*
DAVID J. BYERLEY
*Trial Attorney* (DC Bar #1618599)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court National Security Section
P.O. Box 868, Benjamin Franklin Station
Washington, D.C. 20044
202-532-4523 | David.Byerley@usdoj.gov