# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

BADAR KHAN SURI

    *Petitioner*,

v.

DONALD TRUMP, *et al.*,

    *Respondents*.

Case No. 1:25-cv-480

## PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION

Petitioner Badar Khan Suri respectfully moves this Court for a preliminary injunction. Fed. R. Civ. P. 65(a). As set out in detail in the accompanying Memorandum, Respondents' actions in terminating Petitioner's SEVIS record violate the Administrative Procedure Act and the First and Fifth Amendments to the United States Constitution. Because Petitioner can show a likelihood of success on the merits, is suffering and will continue to suffer irreparable harm absent preliminary relief, and the balance of harms and interests weighs strongly in Petitioner's favor, Petitioner moves for a preliminary injunction (1) requiring Respondents to immediately set aside their termination of his and his children's SEVIS records; (2) requiring Respondents to reinstate, retroactive to March 18, 2025, his J-1 exchange visitor status and his corresponding SEVIS record and his children's J-2 status and corresponding SEVIS records; (3) enjoining Respondents or their officers, agents, servants, employees, or attorneys from terminating those records for the duration of this litigation, unless Respondents become aware of a newly discovered, independent legal ground to terminate those records; (4) requiring Respondents to provide at least 21 days advance notice to Petitioner and his counsel of any intent to terminate Petitioner's or his children's SEVIS

records based on newly discovered, independent legal grounds; (5) enjoining Respondents or their officers, agents, servants, employees, or attorneys from directly or indirectly enforcing, implementing, or otherwise imposing any consequence, including adverse immigration action, arising out of the termination of Petitioner's or his children's SEVIS records or J-1 or J-2 status; and (6) ordering any other relief as may be necessary. Petitioner further requests that the Court set an expedited schedule for the briefing of this Motion.

Dated: June 23, 2025

Respectfully submitted,

/s/*Eden B. Heilman*

Hassan Ahmad (VSB No. 83428)
THE HMA LAW FIRM, PLLC
6 Pidgeon Hill Dr, Suite 330
Sterling, VA 20165
(703) 964-0245
hma@hmalegal.com

Diala Shamas*
Astha Sharma Pokharel*
Samah Sisay*
Baher Azmy*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th floor
New York, NY 10012
(212) 614-6464
dshamas@ccrjustice.org
asharmapokharel@ccrjustice.org
bazmy@ccrjustice.org
ssisay@ccrjustice.org

Jessica Myers Vosburgh*
CENTER FOR CONSTITUTIONAL RIGHTS
P.O. Box 486
Birmingham, AL 35201

Eden Heilman (VSB No. 93554)
Sophia Leticia Gregg (VSB No. 91582)
Geri Greenspan (VSB No. 76786)
Vishal Agraharkar (VSB No. 93265)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF VIRGINIA
701 E. Franklin St., Suite 1412
Richmond, VA 23219
(804) 644-8022
eheilman@acluva.org
sgregg@acluva.org
vagraharkar@acluva.org
ggreenspan@acluva.org

Scarlet Kim**
Brian Hauss**
Noor Zafar**
Sidra Mahfooz**
Michael K.T. Tan**
Brett Max Kaufman**
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
125 Broad Street, 18th Floor

(212) 614-6492
jvosburgh@ccrjustice.org

Nermeen Saba Arastu*
IMMIGRANT & NON-CITIZEN RIGHTS CLINIC
MAIN STREET LEGAL SERVICES, INC.
CUNY SCHOOL OF LAW
2 Court Square, 5th Floor
Long Island City, NY 11101
(202) 246-0124
Nermeen.arastu@law.cuny.edu

New York, NY 10004
(212) 549-2500
scarletk@aclu.org
bhauss@aclu.org
nzafar@aclu.org
smahfooz@aclu.org
m.tan@aclu.org
bkaufman@aclu.org

*Admitted pro hac vice
** Pro hac vice application forthcoming

Counsel for Petitioner

3

**<u>CERTIFICATE OF SERVICE</u>**

I, Eden Heilman, hereby certify that on this date, I uploaded a copy of Petitioner's Motion

for Preliminary Injunction and any attachments using the CM/ECF system, which will cause notice

to be served electronically to all parties.

Date: June 23, 2025                              Respectfully submitted,

                                                 <u>/s/ *Eden B. Heilman*</u>
                                                 Eden B. Heilman, VSB No. 93554
                                                 AMERICAN CIVIL LIBERTIES
                                                 UNION FOUNDATION OF VIRGINIA
                                                 P.O. Box 26464
                                                 Richmond, VA 23261
                                                 Tel: (804) 523-2152
                                                 eheilman@acluva.org