IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BADAR KHAN SURI,<br><br>   *Petitioner,*<br><br>v.<br><br>DONALD TRUMP, *in his official capacity as President of the United States;* RUSSELL HOTT, *in his official capacity as Field Office Director of Washington, Immigration and Customs Enforcement;* JEFFREY CRAWFORD, *in his official capacity as Warden of Farmville Detention Center;* TODD LYONS, *Acting Director, U.S. Immigration and Customs Enforcement;* KRISTI NOEM, *in her official capacity as Secretary of the United States Department of Homeland Security;* MARCO RUBIO, *in his official capacity as Secretary of State;* PAMELA BONDI, *in her official capacity as Attorney General, U.S. Department of Justice,*<br><br>   *Respondents.* | Case No. 1:25-cv-480 (PTG/WBP) |

## ORDER

This matter comes before the Court on Petitioner's Motion for Expedited Briefing on his Motion for Leave to File Second Amended Petition for Writ of Habeas Corpus and Complaint and Motion for Preliminary Injunction (Dkt. 80). Petitioner's Motion for Leave to File Second Amended Petition for Writ of Habeas Corpus and Complaint will be addressed separately. Petitioner requests that this Court expedite the briefing schedule on his Motion for Preliminary Injunction (Dkt. 79). Dkt. 80. Rule 7(F) of the Local Rules of the Eastern District of Virginia states that opposing parties have fourteen (14) days to file response briefs and moving parties have

six (6) days to file any reply. E.D. Va. Loc. Civ. R. 7(F). The parties' proposed schedule largely complies with this rule. Dkt. 80 at 2. In addition, Petitioner noticed the Motion for Preliminary Injunction for hearing on Wednesday, July 16, 2025, at 10:00 a.m. Dkt. 82. The Court is in trial on that date and then unavailable for the following two weeks. Accordingly, it is hereby

**ORDERED** that Petitioner's Motion for Expedited Briefing on his Motion for Leave to File Second Amended Petition for Writ of Habeas Corpus and Complaint and Motion for Preliminary Injunction (Dkt. 80) is **DENIED** as to the Motion for Preliminary Injunction (Dkt. 79). The parties may brief the motion in accordance with Local Rule 7(F); it is further

**ORDERED** that the hearing currently scheduled for Wednesday, July 16, 2025, at 10:00 a.m. will be **RESET** to Wednesday, August 6, 2025, at 9:00 a.m.

The Clerk is **DIRECTED** to terminate the hearing on the Motion for Preliminary Injunction (Dkt. 79) currently scheduled for Wednesday, July 16, 2025, at 10:00 a.m.

Entered this 25th day of June, 2025
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge