IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BADAR KHAN SURI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-00480 (PTG/WBP) |
| ) | |
| DONALD TRUMP, in his official capacity ) | |
| as President of the United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |

### ORDER

Before the Court is Petitioner Badar Khan Suri's Motion for Leave to File Second Amended Petition for Writ of Habeas Corpus and Complaint. ("Motion"; ECF No. 78.) Having reviewed the Motion, and having found that Petitioner's proposed amendment is not futile, made in good faith, and will not prejudice Respondents, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Petitioner must file his Second Amended Petition for Writ of Habeas Corpus and Complaint (ECF No. 78-1) on the docket as a new entry; and it is further

ORDERED that the July 2, 2025, hearing on the Motion is cancelled.

Entered this 30th day of June 2025.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia