**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

BADAR KHAN SURI,                    )
                                    )
          Petitioner,               )
                                    )
v.                                  )          Case No. 1:25-cv-00480 (PTG/WBP)
                                    )
DONALD J. TRUMP, *et al.*,          )
                                    )
          Respondents.              )

## ORDER

Before the Court is Respondents Motion to Withdraw Tom B. Scott-Sharoni as Counsel for Respondents. ("Motion"; ECF No. 95.) Having reviewed the Motion, having considered that Respondents continue to be represented by other counsel in this matter, and it otherwise being proper so to do, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Tom B. Scott-Sharoni is granted leave to withdraw as counsel for Respondents.

Entered this 11th day of July 2025.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia