# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| BADAR KHAN SURI, ) <br> ) <br> *Petitioner*, ) <br> ) <br> v. ) <br> ) <br> DONALD TRUMP, *in his official capacity as President of the United States;* RUSSELL HOTT, *in his official capacity as Field Office Director of Washington, Immigration and Customs Enforcement;* JEFFREY CRAWFORD, *in his official capacity as Warden of Farmville Detention Center;* TODD LYONS, *Acting Director, U.S. Immigration and Customs Enforcement;* KRISTI NOEM, *in her official capacity as Secretary of the United States Department of Homeland Security;* MARCO RUBIO, *in his official capacity as Secretary of State;* PAMELA BONDI, *in her official capacity as Attorney General, U.S. Department of Justice,* ) <br> ) <br> *Respondents.* ) | Case No. 1:25-cv-480 (PTG/WBP) |

## ORDER

This matter comes before the Court on Petitioner's Motion for Preliminary Injunction (Dkt. 79). The hearing on the motion is currently set for Wednesday, August 6, 2025, at 9:00 a.m. The Court is in trial on that date. Accordingly, it is hereby

**ORDERED** that the hearing on Petitioner's Motion for Preliminary Injunction (Dkt. 79) currently scheduled for Wednesday, August 6, 2025, at 9:00 a.m. will be **RESET** to Friday, August 8, 2025, at 11:00 a.m.

The Clerk is **DIRECTED** to terminate the hearing on Petitioner's Motion for Preliminary Injunction (Dkt. 79) currently scheduled for Wednesday, August 6, 2025, at 9:00 a.m.

Entered this 21st day of July, 2025
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge