UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BADAR KHAN SURI<br><br>*Petitioner,*<br><br>v.<br><br>DONALD TRUMP, *et al.,*<br><br>*Respondents.* | Case No. 1:25-cv-480 |

## STIPULATION OF SETTLEMENT AND ORDER FOR THE WITHDRAWAL OF PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION

**WHEREAS**, Petitioner Badar Khan Suri filed his Second Amended Complaint on June 30, 2025, ECF 92, alleging that Respondents unlawfully terminated his J-1 exchange visitor status in the Student and Exchange Visitor Information System ("SEVIS") in violation of the Administrative Procedure Act ("APA") and the First and Fifth Amendments to the United States Constitution; and

**WHEREAS**, on July 7, 2025, Respondents notified Petitioner's Counsel that Dr. Khan Suri's SEVIS record and the SEVIS records of his children as derivatives had been reinstated on July 3, 2025 *nunc pro tunc* to March 18, 2025; and

**WHEREAS**, the parties are interested in resolving the issues raised in Petitioner's Motion for Preliminary Injunction, ECF 79, pertaining to Dr. Khan Suri's SEVIS termination and have negotiated in good faith for that purpose; and

**WHEREAS**, the parties intend to resolve the matters addressed in Petitioner's Motion for Preliminary Injunction, and

**WHEREAS**, nothing in this Stipulation shall be deemed an admission by either party and the parties further agree that this Stipulation is entered into without prejudice to the assertion of any claims, arguments, contentions and defenses whether or not otherwise alleged in the Second Amended Complaint;

**IT IS HEREBY STIPULATED AND AGREED** as follows:

1. Respondents agree to maintain the reinstatement of Dr. Khan Suri's J-1 exchange visitor SEVIS record and his children's J-2 SEVIS records and indicate that such reinstatement is *nunc pro tunc* to the date of their termination.

2. Respondents agree that they will not again terminate Dr. Khan Suri's SEVIS record or his children's SEVIS records for the duration of this litigation, and that they will not terminate Dr. Khan Suri's status or his children's status,[1] unless Respondents become aware of a newly discovered, independent legal ground to terminate the records and follow the procedures for termination of status established by relevant law and regulations.[2]

3. Respondents agree to provide at least 21 days' advance notice to Petitioner and his counsel of any intent to terminate Petitioner's or his children's SEVIS records or status based on newly discovered, independent legal grounds for the duration of this litigation. Such notice shall specify in detail the factual and legal basis for the intent to terminate Petitioner or his children's SEVIS records or status.

4. Respondents agree that this Stipulation pertains only to Dr. Badar Khan Suri's pending Motion for Preliminary Injunction, ECF 79, and that this Stipulation does not resolve any

---

[1] This stipulation does not seek to resolve the dispute between the parties as to whether the termination of a SEVIS record reflects a termination of status, and no party waives or concedes any argument as to that issue through agreement to this stipulation.

[2] This stipulation does not prohibit ICE from pursing charges under INA 237(a)(4)(c) or any other removal charge under the INA.

other matters raised in Petitioner's Second Amended Complaint or other motions previously filed with the Court.

5.  In consideration for entering this Stipulation, Petitioner hereby agrees to withdraw his Motion for Preliminary Injunction, ECF 79. Petitioner reserves the right to refile that Motion or a similar Motion based on any change in circumstances related to his or his children's SEVIS records or status.

6.  The parties agree that the Court shall have authority to enforce this Stipulation to resolve disputes that arise under it.

7.  This Stipulation embodies the entire agreement of the parties as it relates to the Motion for Preliminary Injunction.

DATED: July 30, 2025

*[signature]*

_____
Eden B. Heilman (VSB No. 93554)
Sophia Leticia Gregg (VSB No. 91582)
Geri Greenspan (VSB No. 76786)
Vishal Agraharkar (VSB No. 93265)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF VIRGINIA
701 E. Franklin St., Suite 1412
Richmond, VA 23219
(804) 644-8022
eheilman@acluva.org
sgregg@acluva.org
vagraharkar@acluva.org
ggreenspan@acluva.org

*Counsel for Petitioner Dr. Badar Khan Suri*

| | |
|---|---|
| ERIK S. SIEBERT<br>United States Attorney<br><br>ELIZABETH SPAVINS<br>Assistant U.S. Attorney<br>CHRISTIAN COOPER<br>Special Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Tel: (703) 299-3785<br>Fax: (703) 299-3983<br>Lizzie.Spavins@usdoj.gov<br>Christian.Cooper@usdoj.gov | BRETT SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>DREW C. ENSIGN<br>Deputy Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation<br><br>YAMILETH G. DAVILA<br>Assistant Director<br><br>*/s/ David J. Byerley*<br>DAVID J. BYERLEY<br>Trial Attorney (DC Bar #1618599)<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868<br>Benjamin Franklin Station<br>Washington, D.C. 20044<br>202-532-4523<br>David.Byerley@usdoj.gov<br><br>*Counsel for Respondents* |

## ORDER

The Court, having reviewed and fully considered the parties' stipulation, **ORDERS** the terms and conditions to which the parties have stipulated. **IT IS FURTHER ORDERED** that the Motion Hearing on Petitioner's Motion for Preliminary Injunction previously set for August 8, 2025, is **CANCELLED**.

Dated: 8/5/2025

/s/
Patricia Tolliver Giles
United States District Judge