UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BADAR KHAN SURI )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DONALD TRUMP, *et al.*, )<br>)<br>Respondents. ) | Case No. 1:25-cv-480 (PTG/WBP) |

### UNOPPOSED MOTION OF NON-PARTY THE INTERCEPT MEDIA, INC. TO INTERVENE AND TO LIFT REMOTE ACCESS RESTRICTIONS

Non-party The Intercept Media, Inc. ("The Intercept"), by counsel, respectfully moves for leave to intervene for the limited purpose of lifting the remote access restrictions currently in place pursuant to Rule 5.2(c) of the Federal Rules of Civil Procedure. Petitioner consents to the relief requested. The Government takes no position.

The grounds for The Intercept's motion are set forth more fully in the supporting memorandum filed contemporaneously herewith. A sketch order granting The Intercept's motion is attached hereto.

Pursuant to the Court's division-specific requirements for unopposed motions, The Intercept waives oral argument. Nevertheless, The Intercept is available to appear should the Court have any questions about the unopposed relief requested.

WHEREFORE, The Intercept respectfully requests that the Court grant its unopposed motion, direct the Clerk of Court to make all previous and future filings in this case electronically accessible to the public remotely (with the exception of one document, ECF No. 21-2, which Petitioner has indicated he intends to move to seal), and grant The Intercept any additional relief the Court deems fair and just.

|  |  |
|---|---|
| Dated: September 10, 2025. | Respectfully submitted,<br><br>**The Intercept Media, Inc.**<br><br>By counsel:<br><br>/s/ *David B. Lacy*<br>David B. Lacy (VSB No. 71177)<br>dlacy@cblaw.com<br>Harley J. McClellan (VSB No. 98295)<br>hmcclellan@cblaw.com<br>CHRISTIAN & BARTON, L.L.P.<br>901 East Cary Street, Suite 1800<br>Richmond, Virginia 23219<br>Tel.:   (804) 697-4100<br>Fax:   (804) 697-6112 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ *David B. Lacy*
David B. Lacy (VSB No. 71177)
dlacy@cblaw.com
CHRISTIAN & BARTON, L.L.P.
901 East Cary Street, Suite 1800
Richmond, Virginia 23219
Tel.:   (804) 697-4100
Fax:   (804) 697-6112

*Counsel for The Intercept Media, Inc.*

#4921-2965-1047