# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **BADAR KHAN SURI** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-480 (PTG/WBP) |
| ) | |
| **DONALD TRUMP,** *et al.,* ) | |
| ) | |
| Respondents. ) | |

### [proposed] ORDER
### (Granting Unopposed Motion to Intervene and to Lift Remote Access Restrictions)

Non-party The Intercept Media, Inc. ("The Intercept"), by counsel, moves for leave to intervene for the limited purpose of lifting the remote access restrictions currently in place in this action pursuant to Rule 5.2(c) of the Federal Rules of Civil Procedure.

It appearing that Petitioner consents to the relief ordered herein, and it further appearing that Respondents take no position as to the relief ordered herein, and it further appearing that the public, including The Intercept, has a presumptive right of access to the judicial records currently subject to the restrictions, for good cause shown, it is hereby ORDERED that:

1. The Intercept's motion is GRANTED; and

2. The Clerk of the Court is hereby DIRECTED to make the electronic file in this action remotely accessible by the public, whether by changing the "nature of suit" code in the case to No. 530 ("Habeas Corpus") or otherwise; PROVIDED, however, that pending resolution of Petitioner's putative motion to seal, the Clerk shall not make remotely accessible by the public ECF No. 21-2.

It is so ORDERED.

Entered this ___ day of _____, 2025.

_____
Patricia Tolliver Giles
United States District Judge